# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BUD BARNES, on behalf of himself**                                           **PLAINTIFFS**
**and all similarly situated persons and entities**

**v.**                   **CASE NO. 3:19-CV-00076 BSM**

**KUMHO TIRE U.S.A., INC., a California corporation;**
**HYUNDAI TRANSLEAD, INC., a California**
**corporation; and HYUNDAI de MEXICO, S.A., a**
**foreign corporation**                                                        **DEFENDANTS**

## ORDER

Pursuant to Bud Barnes's notice of voluntary dismissal [Doc. No. 32], defendants Hyundai Translead, Inc. and Hyundai de Mexico, S.A. are dismissed without prejudice. Fed. R. Civ. P. 41(a)(1). Hundai Translead's motion to dismiss [Doc. No. 19] is denied as moot.

IT IS SO ORDERED this 14th day of November 2019.

                                                                 _____
                                                                  UNITED STATES DISTRICT JUDGE