IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BUD BARNES, on behalf of himself PLAINTIFF
and all similarly situated persons and entities

v.   CASE NO. 3:19-CV-00076 BSM

KUMHO TIRE U.S.A., INC., *et al.* DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 25th day of March 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE